UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
v.                        )      No. 3:10cr-00167
RASHAD BESHAY et al       )      JUDGE HAYNES

**MOTION TO FILE AFFIDAVIT UNDER SEAL IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE**

Vincent E. Wehby moves the Court to be allowed to file his Affidavit Under Seal in support of Motion to Continue Trial Date for the reasons stated therein.

*[handwritten: This motion is GRANTED] [signature] 8-4-10*

s/Vincent E.Wehby

_____

Vincent E. Wehby BPR # 002288
501 Union Street-Suite 500
Nashville, TN 37219
(615) 255-7534
Attorney for Rashad Beshay